THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY J. MULLEN, Respondent, v. JOHN W. MOORE, as Superintendent of the Bureau of Buildings for the Borough of Queens, City of New York, Appellant, and STEPHEN CANTONI, Intervenor, Appellant.— Order reversed, with ten dollars costs and

disbursements, on the ground that it was granted without authority of law. The proper remedy was to review the action of the board of appeals by certiorati. Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concurred.